# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 15-42222-659 |
| ) | |
| **ROBERT LEWIS DUELLO** ) | Chapter 13 |
| **JAMIE LEE DUELLO** ) | |
|     Debtors ) | |
| ) | |
| **Robert Duello** ) | |
|     Movant ) | |

**TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, by her undersigned attorney, and hereby consents to the relief requested in Robert Duello's Motion for Relief from the Automatic Stay.

LEGTRCNST_--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com